AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY 1 0 2019

David J. Bradley, Clerk

United States of America
v.
Amilcar GUIZA-Reyes
YOB: 1967  Citizenship: Honduras

Case No. M-19-mj-1070-m

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 7, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Knowingly or in reckless disregard of the fact that C.I.U.R., a citizen of Honduras, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said alien in furtherance of such violation of law within the United States, that is, from a location in Hidalgo, Texas to the point of arrest in Hidalgo, Texas. |

This criminal complaint is based on these facts:
On May 7, 2019, Border Patrol Agent's observed a subject wading across the Rio Grande River from Mexico into the United States near Hidalgo, Texas, carrying an infant child. Agents apprehended the subject and the infant, later identified as Amilcar GUIZA-Reyes and C.I.U.R. An immigration inspection was conducted and both subjects were determined to be illegally present in the United States. GUIZA-Reyes initially claimed to agents that C.I.U.R. was his son.

✓ Continued on the attached sheet.

*Complainant's signature*

Derrius Maddox, HSI Special Agent
*Printed name and title*

Approved by Amy L. Greenbaum 5/10/19
Sworn to before me and signed in my presence.

Date: 5/10/2019  10:53 am

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

RE:  Amilcar GUIZA-Reyes

CONTINUATION:

On May 9, 2019, Homeland Security Investigations Special Agents (HSI) interviewed GUIZA-Reyes after it was discovered that GUIZA-Reyes was using a fraudulent document to claim the relation to the infant and further their unlawful entry into the United States and their continued presence into the United States. Prior to being interviewed, GUIZA- Reyes was read his Miranda Rights and chose to waive them.

GUIZA- Reyes stated that he in fact is not the father of the child and was only transporting the child in order to successfully gain entry into the United States and to transport the child to Virginia. GUIZA- Reyes admitted that he obtained the child's fraudulent document to show him as the father. GUIZA- Reyes claimed that he was traveling to Virginia. GUIZA-Reyes claimed he intended on transporting the child to Virginia where his son Freddy Amilcar GUIZA-Hernandez resides.